NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 908

IN RE UNITED STATES,

Petitioner.

On Petition for Writ of Mandamus to the United States Court of Federal Claims
in 02-CV-251, Judge Francis M. Allegra.

ON PETITION FOR WRIT OF MANDAMUS

Before PROST, Circuit Judge.

## O R D E R

The United States submits a petition for a writ of mandamus to direct the United States Court of Federal Claims to vacate its orders requiring the United States to produce documents which the United States asserts are protected by the attorney-client privilege.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     Jicarilla Apache Nation is directed to respond to the petition within 10 calendar days of the date of filing of this order.

(2)     The portions of the Court of Federal Claims' orders requiring production of the documents at issue are temporarily stayed, pending this court's receipt of Jicarilla Apache Nation's response and the court's consideration of the papers submitted.

FOR THE COURT

AUG 0 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Brian C. Toth, Esq.
      Steven Douglas Gordon, Esq.
      Judge, Court of Federal Claims
      Clerk, Court of Federal Claims

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 4 2009

JAN HORBALY
CLERK

Misc. 908                                    - 2 -